# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SNUGGLYCAT INC. | ) | CASE NO: 3:17-CV-000526 |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | |
| RUTLEDGE & BAPST, INC. and RONALD STEBLEA | ) ) ) | MARCH 30, 2017 |
| *Defendants.* | | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff SnugglyCat Inc., by and through its undersigned counsel, respectfully submits this corporate disclosure statement and states as follows: SnugglyCat Inc. has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

WIGGIN AND DANA LLP

By: */s/ Ivana D. Greco*
      Ivana D. Greco (ct29635)
      WIGGIN AND DANA LLP
      One Century Tower
      P.O. Box 1832
      New Haven, CT 06508-1832
      (203) 498-4400
      (203) 782-2889 fax
      igreco@wiggin.com

Michael J. Kasdan (*Pro Hac Vice* pending)
450 Lexington Avenue, 38th Floor
New York, New York 10017
Tel: (212) 490-1700
Fax: (212) 490-0563
mkasdan@wiggin.com

*Attorneys for Plaintiff SnugglyCat Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Ivana D. Greco*
Ivana D. Greco

26405\1\3655447.v1