UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SNUGGLYCAT INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:17-cv-00526-SRU |
| RUTLEDGE & BAPST, INC. and RONALD STEBLEA, | ) ) ) |
| Defendants. | ) April 26, 2017 ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the nongovernmental corporate party, Rutledge & Bapst, Inc. states as follows: Rutledge & Bapst, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DEFENDANTS
RUTLEDGE & BAPST, INC. and RONALD STEBLEA,

*/s/ Glenn M. Cunningham*
Glenn M. Cunningham
Fed. Bar. No. ct09995
SHIPMAN AND GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000
Fax: (860) 251-5099
gcunningham@goodwin.com

Michael K. Coran, Esq.*
Monica Clarke Platt, Esq.*
KLEHR HARRISON HARVEY BRANZBURG, LLP
1835 Market Street, 14th Floor
Philadelphia, PA 19103
(215) 569-2497
Fax: (215) 568-6603

mcoran@klehr.com; mplatt@klehr.com
*pro hac vice* motions forthcoming
*Attorneys for Defendants, Rutledge & Bapst, Inc. and Ronald Steblea*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2017 a true and correct copy of the foregoing Corporate Disclosure Statement was served upon the following counsel of record by the Court's CM/ECF electronic filing system:

Ivana D. Greco
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508
(203) 498-4400
Fax: (203) 782-2889
igreco@wiggin.com

Michael J. Kasdan
Wiggin & Dana, LLP - NY
405 Lexington Ave., 38th Floor
New York, NY 10017-3913
212-490-1700
212-490-0536 (fax)
mkasdan@wiggin.com

*Attorneys for Plaintiff, SnugglyCat, Inc.*

>  */s/   Glenn M. Cunningham*
>  Glenn M. Cunningham

5609692v1