UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SNUGGLYCAT INC.,<br>           Plaintiff,<br><br>v.<br><br>RUTLEDGE & BAPST, INC. and<br>RONALD STEBLEA,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:17-cv-00526-SRU<br>)<br>)<br>)<br>)  MARCH 6, 2018<br>) |

## STIPULATION [AND PROPOSED ORDER] OF DISMISSAL

WHEREAS, Plaintiff SnugglyCat Inc. ("Plaintiff") and Defendants Rutledge & Bapst, Inc. and Ronald Steblea ("Defendants") have resolved Plaintiff's claims for relief against Defendants in this case.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(2), by Plaintiff and Defendants, through their undersigned attorneys, and subject to the approval of the Court, that this action be voluntarily dismissed with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| PLAINTIFF SNUGGLYCAT INC. | DEFENDANTS RUTLEDGE & BAPST, INC. and RONALD STEBLEA |
|---|---|
| /s/ Ivana D. Greco | |
| Ivana D. Greco | /s/ Glenn M. Cunningham |
| Fed. Bar. No. ct29635 | Glenn M. Cunningham |
| WIGGIN AND DANA LLP | Fed. Bar. No. ct09995 |
| One Century Tower | SHIPMAN AND GOODWIN LLP |
| 265 Church Street | One Constitution Plaza |
| PO Box 1832 | Hartford, CT 06103-1919 |
| New Haven, CT 06508 | (860) 251-5000 |
| (203) 498-4400 | Fax: (860) 251-5099 |
| igreco@wiggin.com | gcunningham@goodwin.com |
| | |
| Michael J. Kasdan* | Michael K. Coran, Esq.* |
| WIGGIN AND DANA LLP | Teri M. Sherman, Esq.* |
| 450 Lexington Avenue, 38th Floor | KLEHR HARRISON HARVEY |
| New York, New York 10017-3913 | BRANZBURG LLP |
| (212) 551-2843 | 1835 Market Street, 14th Floor |
| mkasdan@wiggin.com | Philadelphia, PA 19103 |
| *admitted *pro hac vice* | (215) 569-2497 |
| | Fax: (215) 568-6603 |
| *Attorneys for Plaintiff SnugglyCat Inc.* | mcoran@klehr.com |
| | tsherman@klehr.com |
| | *admitted *pro hac vice* |
| | |
| | *Attorneys for Defendants Rutledge & Bapst, Inc. and Ronald Steblea* |

**IT IS SO ORDERED** this _____ day of March, 2018.

_____
The Honorable Stefan R. Underhill

2

## CERTIFICATE OF SERVICE

I hereby certify, that on this 6th day of March, 2018, I served the foregoing Stipulation of Dismissal on counsel for Defendants via electronic mail at the following addresses:

Glenn M. Cunningham
Fed. Bar. No. ct09995
SHIPMAN AND GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000
Fax: (860) 251-5099
gcunningham@goodwin.com

Michael K. Coran, Esq.
Teri M. Sherman, Esq.
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market Street, 14th Floor
Philadelphia, PA 19103
(215) 569-2497
Fax: (215) 568-6603
mcoran@klehr.com
tsherman@klehr.com

*Attorneys for Defendants*

                    */s/ Michael J. Kasdan*
                    Michael J. Kasdan