# U.S. District Court

# District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 3/7/2018 at 11:34 AM EST and filed on 3/7/2018

**Case Name:** SnugglyCat, Inc. v. Rutledge and Bapst, Inc. et al
**Case Number:** 3:17-cv-00526-SRU
**Filer:**
**Document Number:** 57 (No document attached)

**Docket Text:**
**ORDER approving [56] STIPULATION of Dismissal. The Clerk shall close the file. Signed by Judge Stefan R. Underhill on 03/07/2018. (Jamieson, K)**

**3:17-cv-00526-SRU Notice has been electronically mailed to:**

Glenn M. Cunningham    gcunningham@goodwin.com, lbarselau@goodwin.com, pvargo@goodwin.com

Michael K. Coran    mcoran@klehr.com, ktatar@klehr.com

Robyn E. Gallagher    rgallagher@wiggin.com

Ivana Deyrup Greco    igreco@wiggin.com, nchavez@wiggin.com

Michael J. Kasdan    mkasdan@wiggin.com

Monica C. Platt    MPlatt@klehr.com

Teri M. Sherman    tsherman@klehr.com, rfarren@klehr.com